**Order entered October 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00999-CR
### No. 05-19-01001-CR

---

### PABLO PACHECORAMIREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F17-76295-V & F17-76296-V

---

## ORDER

The reporter's record was due September 6, 2019. When it was not filed, we notified court reporters Peri Wood and Debi Harris by postcard dated September 10, 2019 and directed them to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record by October 10, 2019. To date, the reporter's record has not been filed and we have had no communication from either Ms. Wood or Ms. Harris.

We **ORDER** the reporter's record filed by **NOVEMBER 18, 2019**. We caution Ms. Wood and Ms. Harris that the failure to file the reporter's record by that date will result in the

Court taking whatever remedies it has available to ensure that the appeals proceed in a timely fashion, which may include ordering that they not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to Peri Wood, official court reporter, 292nd Judicial District Court; to Debi Harris, court reporter, Auxiliary Court No. 8; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE